### 23952. VENABLE *v.* THE STATE.

GUERRY, J. The conviction in this case is entirely dependent on circumstantial evidence and the evidence adduced is insufficient to support such conviction. We do not deem it necessary to set forth the facts.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MAY 9, 1934.

*Thomas A. Jacobs Jr.,* for plaintiff in error.
*John Y. Roberts, solicitor, Earl W. Butler, solicitor,* contra.